UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADIL KHALIL,

      Plaintiff,

  -against-

PRATT INSTITUTE,

      Defendant.
-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 12 2016 ★
LONG ISLAND OFFICE

ORDER
16-CV-6731(JFB) (SIL)

JOSEPH F. BIANCO, District Judge:

  On November 29, 2016, *pro se* plaintiff Adil Khalil ("plaintiff") filed a complaint against the Pratt Institute ("defendant") together with an application to proceed *in forma pauperis*. Upon review of the declaration accompanying plaintiff's application to proceed *in forma pauperis*, the Court finds that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. *See* 28 U.S.C. §1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is GRANTED.

  IT IS HEREBY ORDERED that plaintiff is granted leave to file the complaint without prepayment of the filing fee or security therefor; and

  IT IS FURTHER ORDERED that the Clerk of Court must forward to the United States Marshal Service for the Eastern District of New York copies of plaintiff's summons, complaint and this Order for service upon the defendant without prepayment of fees; and

  IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to the plaintiff.

**SO ORDERED.**

Dated:  December 12, 2016
    Central Islip, New York

              /s/ Joseph Bianco
              Joseph F. Bianco
              United States District Judge